AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Donald, Bernice B. | **2. Court or Organization**<br><br>Court of Appeals, Sixth | **3. Date of Report**<br><br>04/30/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Court of Appeals, Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Court of Appeals
167 N. Main Street, #1132
Clifford Davis/Odell Horton Federal Building
Memphis, TN 38103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair, Center for Human Rights | American Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donald, Bernice B.** | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Regents University (teaching income) | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 1/5-7/19 | Williamsburg, VA | CLE Speaker | Transportation, food, & lodging |
| 2. | ABA | 1/24-28/19 | Las Vegas, NV | Mid-Year Meeting | Transportation, food, & lodging |
| 3. | Dartmouth Alum | 2/21-23/19 | Big Sky, MT | CLE Speaker | Transportation, food, & lodging |
| 4. | ABA | 3/1-3/19 | Albuquerque, NM | Meeting | Transportation, food, & lodging |
| 5. | ABA | 3/6-8/19 | New Orleans, LA | Meeting | Transportation, food, & lodging |
| 6. | ABA | 3/27-29/19 | Washington, DC | Meeting | Transportation, food, & lodging |
| 7. | ABA | 4/3-5/2019 | Coral Gables, FL | Meeting | Transportation, food, & lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Donald, Bernice B.** | 04/30/2020 |

| | | | | |
| --- | --- | --- | --- | --- |
| 8. | Case Western Law | 4/5-6/19 | Cleveland, OH | Moot Court Judge | Transportation, food, & lodging |
| 9. | U. TN Law | 4/17-18/19 | Knoxville, TN | CLE Speaker | Transportation, food, & lodging |
| 10. | ABA | 5/2-4/19 | Washington, DC | Meeting | Transportation, food, & lodging |
| 11. | ACS | 6/5-6/19 | Washington, DC | Program | Transportation, food, & lodging |
| 12. | ABA | 613-15/19 | Spokand, WA | Meeting | Transportation, food, & lodging |
| 13. | ABA | 7/6/-13/19 | Brisbane, Australia | Conference | Food & lodging |
| 14. | ABA | 8/7-13/19 | San Francisco, CA | Meeting | Transportation, food, & lodging |
| 15. | PREX | 9/17-19/19 | Chicago, IL | CLE Speaker | Transportation, food, & lodging |
| 16. | IL Rotary | 10/18-19/19 | Bloomington, IL | Speaker | Transportation, food, & lodging |
| 17. | Law & Econ Center | 12/7-14/19 | Honolulu, HI | Conference | Transportation, food, & lodging (5 nights) |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald, Bernice B. | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | | Date of Report |
| **Donald, Bernice B.** | | | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   IRA #1 (H) | | | | | | | | | |
| 2.   Morgan Stanley Private Bank NA (cash) | A | Interest | J | T | | | | | |
| 3.   AAM Bahl & Graynor Inc. GWC (AFYCX) | A | Dividend | K | T | | | | | |
| 4.   Allianzgi Income & Growth C (AZNCX) | A | Dividend | J | T | | | | | |
| 5.   American Balanced C (BALCX) | A | Dividend | J | T | | | | | |
| 6.   American Mutual C (AMCFX) | A | Dividend | J | T | | | | | |
| 7.   Blackrock Hi Yield Bd PTF C (BHYCX) | A | Dividend | J | T | | | | | |
| 8.   BROKERAGE #1 (H) | | | | | | | | | |
| 9.   Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 10.  Columbia Emerging Mkts Cons (ECON) | A | Dividend | J | T | | | | | |
| 11.  Ishares S&P 500 Val ETF (IVE) | A | Dividend | J | T | | | | | |
| 12.  AB SMALL CAP GRW ADV (QUAYX) | A | Dividend | J | T | | | | | |
| 13.  Allanzgi NFG J Div Value (ADJPX) | B | Dividend | J | T | | | | | |
| 14.  American AMCAP (AMCFX) | A | Dividend | J | T | | | | | |
| 15.  AMERICAN GW FD OF AMERICA F2 (GFFFX) | A | Dividend | J | T | | | | | |
| 16.  American WA Mutual (WMFFX) | A | Dividend | J | T | | | | | |
| 17.  Brown Adv Sm Cp FNDMNTL (BIAUX) | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donald, Bernice B.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Cohen & Steers Pref Sec&Inc I (CPXIX) | A | Dividend | K | T | | | | | |
| 19. Domini Int'l Social Equity Fund (DOMIX) | A | Dividend | J | T | | | | | |
| 20. First Trust Preferred Sec & Inc I (FPEIX) | A | Dividend | K | T | | | | | |
| 21. Guggenheim Tot Ret Bd I (GIBIX) | A | Dividend | K | T | Buy<br>(add'l) | 12/31/19 | J | | |
| 22. Hartford Midcap I (HFMIX) | A | Dividend | J | T | | | | | |
| 23. John Hancock Shr Dur Cr Opp (JMBIX) | A | Dividend | J | T | | | | | |
| 24. LORD ABBETT INCOME F (LAUFX) | A | Dividend | K | T | Buy<br>(add'l) | 12/31/19 | J | | |
| 25. Nuance Mid Cap Value Instnl (NMVLX) | A | Dividend | J | T | | | | | |
| 26. BROKERAGE #2 (H) | | | | | | | | | |
| 27. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 28. British American Tobacco (BTI) | A | Dividend | J | T | | | | | |
| 29. Facebook (FB) | | None | M | T | | | | | |
| 30. First Horizon (FHN) | A | Dividend | J | T | | | | | |
| 31. Ford Motor Co (F) | A | Dividend | J | T | | | | | |
| 32. Proctor & Gamble (PG) | A | Dividend | K | T | | | | | |
| 33. LINCOLN LNL-CHOICEPLUS ASSURANCE SERIES VARIABLE ANNUITY (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donald, Bernice B.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. LVIP Blackrock Dividend Value | | None | L | T | | | | | |
| 35. LVIP Dimensional US Equity MNGD | | None | L | T | | | | | |
| 36. LVIP PIMCO Low Duration Bond | | None | J | T | | | | | |
| 37. LVIP Multi-Manager Global Equity | | None | J | T | | | | | |
| 38. LVIP JPM Select MID CAP Value MNGD | | None | J | T | | | | | |
| 39. LVIP Delaware VIP Diversified Income | | None | K | T | | | | | |
| 40. BROKERAGE #3 (H) | | | | | | | | | |
| 41. Fidelity Blue Chip Growth (FBGRX) | B | Dividend | K | T | | | | | |
| 42. Amazon.com Inc (AMZN) | | None | J | T | | | | | |
| 43. Microsoft Inc (MSFT) | A | Dividend | J | T | | | | | |
| 44. Twitter Inc (TWTR) | | None | J | T | | | | | |
| 45. BROKERAGE #4 (H) | | | | | | | | | |
| 46. Alteryx Inc (AYX) | | None | J | T | | | | | |
| 47. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 48. Qualcomm Inc (QCOM) | A | Dividend | J | T | | | | | |
| 49. Twitter (TWTR) | | None | J | T | | | | | |
| 50. Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donald, Bernice B.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. BROKERAGE #5 (H) | | | | | | | | | |
| 52. MSBNA Preferred Savings-NM (cash) (X) | A | Interest | J | T | | | | | |
| 53. Blackrock Liq Treasury TR Inst (TTTXX) (X) | A | Dividend | | | Sold | 12/24/19 | J | | |
| 54. Microsoft Corp (MSFT) | | None | J | T | Buy | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donald, Bernice B.** | 04/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bernice B. Donald**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544